

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | July 19, 2021 |
| Case Number: | 3:17−cr−00309−IM |
| Case Title: | U.S.A. v. Franklin Aaron Bearcub |

**(A)  Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Anna J. Brown to the Honorable Karin J. Immergut, United States District Judge. Information on this case may be obtained from the following:

Courtroom Deputy:  Jacob Yerke
Telephone: 503−326−8053
Email: jacob_yerke@ord.uscourts.gov

Docket Information:  Telephone: 503−326−8050

**(B)  Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:** Effective immediately, Judge Immergut's initials (IM) will replace the previous judge's initials in this case.

**MARY L. MORAN**
**Clerk of Court**

cc:   Judge Immergut
Counsel of Record